STATE OF CONNECTICUT *v.* ROOSEVELT ANDREW
(11003)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Argued April 5—decision released April 27, 1993

*Linda P. Stambovsky,* with whom, on the brief, was *Patricia Buck Wolf,* for the appellant (defendant).

*Timothy J. Sugrue,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Rosita M. Creamer,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.